# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: EITMONTAS, JONATHAN A § | Case No. 11-84254 |
| EITMONTAS, TRACEY L § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2011. The undersigned trustee was appointed on December 28, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         36,536.30

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2,890.87 |
   | Bank service fees | 523.44 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 33,121.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/29/2012 and the deadline for filing governmental claims was 02/29/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,774.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,774.87, for a total compensation of $3,774.87.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/15/2014                By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-84254  
**Case Name:** EITMONTAS, JONATHAN A  
EITMONTAS, TRACEY L  
**Period Ending:** 07/15/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/30/11 (f)  
**§341(a) Meeting Date:** 11/03/11  
**Claims Bar Date:** 02/29/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 15120 White School Rd, South Beloit, IL | 260,000.00 | 0.00 | | 0.00 | FA |
| 2 | 526 Glenview Rd, Williams Bay, WI, Owns 1/8 of p  Adversary Case No. 12-96096  See Order to Sell Property entered 1/30/2013. | 37,500.00 | 15,000.00 | | 32,139.16 | FA |
| 3 | Cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 4 | Home State Bank checking | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Members Alliance Credit Union checking | 10.00 | 0.00 | | 0.00 | FA |
| 6 | Members Alliance Credit Union savings | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Members Alliance Credit Union savings | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Members Alliance Credit Union savings | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Members Alliance Credit Union savings | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 GMC Yukon 55,000 miles | 26,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1989 Chevy ST 187,000 miles | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Computer | 400.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Polaris snowmobile | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | Home State Bank CD - Owned jointly with sister  (u)  See Order for Turnover of Assets entered  December 5, 2012. | 5,000.00 | 2,500.00 | | 2,531.24 | FA |
| 18 | **Assets    Totals** (Excluding unknown values) | **$334,635.00** | **$17,500.00** | | **$34,670.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84254  
**Case Name:** EITMONTAS, JONATHAN A  
EITMONTAS, TRACEY L  
**Period Ending:** 07/15/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/30/11 (f)  
**§341(a) Meeting Date:** 11/03/11  
**Claims Bar Date:** 02/29/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012        **Current Projected Date Of Final Report (TFR):** May 27, 2014 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84254
**Case Name:** EITMONTAS, JONATHAN A
EITMONTAS, TRACEY L
**Taxpayer ID #:** **-***3844
**Period Ending:** 07/15/14

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******2566 - Checking Account
**Blanket Bond:** $598,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/13 | {18} | Tracey Eitmontas | Debtor's one-half interest in unscheduled asset | | 1229-000 | 2,531.24 | | 2,531.24 |
| 04/10/13 | | Chicago Title Company | 1/8 Proceeds from Sale of Williams Bay, WI Real Estate | | | 25,832.68 | | 28,363.92 |
| | {2} | | Purchase Price (1/8 interest) | 28,125.00 | 1110-000 | | | 28,363.92 |
| | | | 1/8 Prorated taxes, association dues and closing fees | -119.74 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Chicago Title - Title Policy | -128.63 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Walworth County ROD Transfer Fee | -84.38 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Walworth County ROD Recording Fee | -22.50 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Geneva Lakefront Real Estate Commission | -1,223.44 | 3510-000 | | | 28,363.92 |
| | | | 1/8 Walworth County Treasurer - Delinquent Taxes | -673.67 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Village of Williams Bay - Final Water | -21.21 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Reimburse Realtor for advance payment to Cedar Point Park HOA letter request | -18.75 | 2500-000 | | | 28,363.92 |
| 04/22/13 | {2} | Chicago Title Company | Proceeds for the 1/4 share as escrow agent for Karen Kummerow from sale of Williams Bay, WI real estate | | 1110-000 | 27,200.88 | | 55,564.80 |
| 04/22/13 | 101 {2} | Karen L. Kummerow | 1/4 share proceeds from sale of 526 Glenview Road, Williams Bay, Wisconsin | | 1110-000 | -27,200.88 | | 28,363.92 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.05 | 28,327.87 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.53 | 28,245.34 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-84254 | | 2300-000 | | 39.60 | 28,205.74 |
| 06/26/13 | 103 | Murphy Desmond, S.C. | Payment for Legal Services Rendered by Special Counsel pursuant to Court Order entered 6/3/13; File #28636 130595 | | | | 558.95 | 27,646.79 |
| | | | Order Granting Motion to | 555.75 | 3210-600 | | | 27,646.79 |

Subtotals :   $28,363.92   $717.13

{} Asset reference(s)

Printed: 07/15/2014 12:04 PM   V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84254  
**Case Name:** EITMONTAS, JONATHAN A  
EITMONTAS, TRACEY L  
**Taxpayer ID #:** **-***3844  
**Period Ending:** 07/15/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2566 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Pay entered 6/3/13 | | | | |
| | | | Order Granting Motion to     3.20 Pay entered 6/3/13 | 3220-610 | | | 27,646.79 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.70 | 27,601.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.74 | 27,557.35 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.63 | 27,517.72 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.25 | 27,479.47 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.69 | 27,430.78 |
| 11/13/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -48.69 | 27,479.47 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.85 | 27,442.62 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.41 | 27,399.21 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.72 | 27,358.49 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.72 | 27,321.77 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 27,283.79 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.86 | 27,241.93 |
| 05/05/14 | {2} | Jonathan Eitmontas Bankruptcy Estate | 1/6 share of Jonathan Eitmontas proceeds from real estate sale pursuant to Estate of Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | 4,014.16 | | 31,256.09 |
| 05/12/14 | | Jonathan Eitmontas Bankruptcy Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1180-000 | 1,250.00 | | 32,506.09 |
| 05/12/14 | | Jonathan Eitmontas Bankruptcy Estate | Costs of Probate Case pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1180-000 | 615.90 | | 33,121.99 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.33 | 33,056.66 |
| 06/02/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -65.33 | 33,121.99 |
| | | | **ACCOUNT TOTALS** | | 34,243.98 | 1,121.99 | $33,121.99 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 34,243.98 | 1,121.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,243.98** | **$1,121.99** | |

{} Asset reference(s)

Printed: 07/15/2014 12:04 PM    V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-84254 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** EITMONTAS, JONATHAN A | **Bank Name:** Rabobank, N.A. |
| EITMONTAS, TRACEY L | **Account:** ******2567 - Checking Account - Escrow |
| **Taxpayer ID #:** **-***3844 | **Blanket Bond:** $598,000.00 (per case limit) |
| **Period Ending:** 07/15/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/15/2014 12:04 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-84254 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | EITMONTAS, JONATHAN A | | Bank Name: | Rabobank, N.A. |
| | EITMONTAS, TRACEY L | | Account: | ******2568 - Checking Account - Escrow |
| Taxpayer ID #: | **-***3844 | | Blanket Bond: | $598,000.00 (per case limit) |
| Period Ending: | 07/15/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/13 | {2} | Chicago Title Company | Proceeds for the 1/4 share to deceased owner, Samantha Kummerow-Held, held in escrow until Will is administered through probate | 1110-000 | 27,200.88 | | 27,200.88 |
| 05/01/14 | 101 {2} | Trustee Stephen G. Balsley on behalf of Jonathan Eitmontas B | 1/6 share on behalf of Jonathan Eitmontas, nephew, pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -4,014.16 | | 23,186.72 |
| 05/01/14 | 102 {2} | Trustee Stephen G. Balsley on behalf of Julie Eitmontas Bank | 1/6 share on behalf of Julie Eitmontas, niece, pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -4,014.16 | | 19,172.56 |
| 05/01/14 | 103 {2} | Karen L. Kummerow | 1/3 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -8,028.33 | | 11,144.23 |
| 05/01/14 | 104 {2} | Walter C. Kummerow III | 1/9 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -2,676.11 | | 8,468.12 |
| 05/01/14 | 105 {2} | Chad W. Kummerow | 1/9 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -2,676.11 | | 5,792.01 |
| 05/01/14 | 106 {2} | Andrew J. Kummerow | 1/9 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -2,676.11 | | 3,115.90 |
| 05/09/14 | 107 {2} | Julie Eitmontas Bankrupcty Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -1,250.00 | | 1,865.90 |
| 05/09/14 | 108 {2} | Jonathan Eitmontas Bankruptcy Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -1,250.00 | | 615.90 |
| 05/09/14 | 109 {2} | Jonathan Eitmontas Bankruptcy Estate | Costs of Probate Case pursuant to Final Report in Samantha Kummerow-Held Probate Case 13PR275 | 1110-000 | -615.90 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 07/15/2014 12:04 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 11-84254 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** EITMONTAS, JONATHAN A | **Bank Name:** Rabobank, N.A. |
| EITMONTAS, TRACEY L | **Account:** ******2568 - Checking Account - Escrow |
| **Taxpayer ID #:** **-***3844 | **Blanket Bond:** $598,000.00   (per case limit) |
| **Period Ending:** 07/15/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2566** | 34,243.98 | 1,121.99 | 33,121.99 |
| **Checking # ******2567** | 0.00 | 0.00 | 0.00 |
| **Checking # ******2568** | 0.00 | 0.00 | 0.00 |
| | $34,243.98 | $1,121.99 | $33,121.99 |

{} Asset reference(s)

Printed: 07/15/2014 12:04 PM      V.13.15

# Claims Register

## Case: 11-84254  EITMONTAS, JONATHAN A

Claims Bar Date: 02/29/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>09/30/11 | [Updated by Surplus to Debtor Report based on Net Estate Value: 30248.69] | $3,774.87<br>$3,774.87 | $0.00 | $3,774.87 |
|  | U.S. Bankruptcy Court<br>327 South Church Street<br><br>Rockford, IL 61101<br><br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>06/13/12 | Adversary Complaint; Filing Fee Deferred (6/13/12). Case No. 12-96096 | $293.00<br>$293.00 | $0.00 | $293.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>09/30/11 |  | $8,841.00<br>$8,841.00 | $0.00 | $8,841.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/30/11 | Chicago Title - Letter Report (12/29/11) | $75.00<br>$75.00 | $0.00 | $75.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/30/11 | Lake Geneva Regional News - Legal Publication (Notice of Complaint Sell Real Estate Free and Clear) (7/9/12) | $149.08<br>$149.08 | $0.00 | $149.08 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/30/11 | Certified Copy of Order to Sell Real Estate entered 1/30/13. (1/30/13) | $11.00<br>$11.00 | $0.00 | $11.00 |
| 1 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br><br>San Diego, CA 92123<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/06/11 | 8875 Aero Drive, Suite 200<br>San Diego, CA 92123<br>------------------------------------------------------------------------* * * | $566.65<br>$566.65 | $0.00 | $566.65 |

# Claims Register

## Case: 11-84254   EITMONTAS, JONATHAN A

Claims Bar Date: 02/29/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1I | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured 12/06/11 | | $1.80 $1.80 | $0.00 | $1.80 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 2 | Americredit Financial Services,Inc. PO Box 183853 Arlington, TX 76096 | Secured 12/09/11 | PO Box 183853 Arlington, TX 76096 ----------------------------------------------------------------------------* * * Claim No. 2 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $25,457.58 * $0.00 | $0.00 | $0.00 |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 3 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 12/29/11 | PO Box 71083 Charlotte, NC 282721083 ----------------------------------------------------------------------------* * * | $4,899.41 $4,899.41 | $0.00 | $4,899.41 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3I | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 12/29/11 | | $15.55 $15.55 | $0.00 | $15.55 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 12/29/11 | PO Box 71083 Charlotte, NC 282721083 ----------------------------------------------------------------------------* * * | $6,430.89 $6,430.89 | $0.00 | $6,430.89 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4I | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 12/29/11 | | $20.41 $20.41 | $0.00 | $20.41 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 11-84254  EITMONTAS, JONATHAN A

Claims Bar Date: 02/29/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/29/11 | PO Box 71083<br>Charlotte, NC 282721083<br>-----------------------------------------------------------------------------* * * | $1,750.17<br>$1,750.17 | $0.00 | $1,750.17 |
| 5I | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/29/11 | | $5.55<br>$5.55 | $0.00 | $5.55 |
| BRO | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>09/30/11 | Legal Fees in re the Estate of Samantha Kummerow-Held approved pursuant to Probate Final Report filed April 14, 2014 in McHenry County, Illinois as Case No. 13PR275 and Order approving same entered April 29, 2014. | $1,250.00<br>$1,250.00 | $0.00 | $1,250.00 |
| BRO | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>09/30/11 | Claim Notice Publication to Shaw Media in re: Samantha Kummerow-Held, Deceased<br>Case No. 13PR275 (11/5/13) [Probate] | $267.40<br>$267.40 | $0.00 | $267.40 |
| BRO | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>09/30/11 | Order of Heirship and Affidavit of Heirship copies from McHenry County Court in re: Estate of James Eitmontas, Sr., 05PR381. (3/6/13) [Probate] | $6.50<br>$6.50 | $0.00 | $6.50 |
| BRO | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>09/30/11 | Certified copy of Order for Default and Entry of Judgment entered 8/22/12 (Adversary). (3/19/13) [Probate] | $11.00<br>$11.00 | $0.00 | $11.00 |

# Claims Register

## Case: 11-84254   EITMONTAS, JONATHAN A

Claims Bar Date: 02/29/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BRO | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/30/11 | Filing Fee for Petition for Letters of Administration in re: Samantha Kummerow-Held, Deceased<br>Probate Case No. 13PR275 (9/13/13) [Probate] | $331.00<br>$331.00 | $0.00 | $331.00 |
| SURPLUS | EITMONTAS, JONATHAN A<br>15120 WHITE SCHOOL RD<br>SOUTH BELOIT, IL 61080<br><8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>, 650 | Unsecured<br>09/30/11 | | $4,421.71<br>$4,421.71 | $0.00 | $4,421.71 |
| | | | **Case Total:** | | **$0.00** | **$33,121.99** |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　　　Exhibit D

Case No.: 11-84254
Case Name: EITMONTAS, JONATHAN A
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**　　$　33,121.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Americredit Financial Services,Inc. | 25,457.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　0.00
Remaining balance:　$　33,121.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,774.87 | 0.00 | 3,774.87 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 10,091.00 | 0.00 | 10,091.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 850.98 | 0.00 | 850.98 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:　$　15,009.85
Remaining balance:　$　18,112.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　0.00
Remaining balance:　$　18,112.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $           0.00
Remaining balance:                      $      18,112.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,647.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 566.65 | 0.00 | 566.65 |
| 3 | Capital One Bank (USA), N.A. by American InfoSourc | 4,899.41 | 0.00 | 4,899.41 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 6,430.89 | 0.00 | 6,430.89 |
| 5 | Capital One Bank (USA), N.A. by American InfoSourc | 1,750.17 | 0.00 | 1,750.17 |

Total to be paid for timely general unsecured claims:   $      13,647.12
Remaining balance:                                      $       4,465.02

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 4,465.02 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 4,465.02 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $43.31. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,421.71.

**UST Form 101-7-TFR (05/1/2011)**