# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: EITMONTAS, JONATHAN A | § | Case No. 11-84254 |
| EITMONTAS, TRACEY L | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/25/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /  By:   /s/ STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: EITMONTAS, JONATHAN A § Case No. 11-84254
          EITMONTAS, TRACEY L §
                                                          §
Debtor(s)                                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    36,536.30

*and approved disbursements of*            $     3,414.31

*leaving a balance on hand of*  [1]          $    33,121.99

**Balance on hand:**                              $    33,121.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Americredit Financial Services,Inc. | 25,457.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    0.00
Remaining balance:                                $    33,121.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,774.87 | 0.00 | 3,774.87 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 10,091.00 | 0.00 | 10,091.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 850.98 | 0.00 | 850.98 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $    15,009.85
Remaining balance:                                                              $    18,112.14

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,112.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,112.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,647.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 566.65 | 0.00 | 566.65 |
| 3 | Capital One Bank (USA), N.A. by American InfoSourc | 4,899.41 | 0.00 | 4,899.41 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 6,430.89 | 0.00 | 6,430.89 |
| 5 | Capital One Bank (USA), N.A. by American InfoSourc | 1,750.17 | 0.00 | 1,750.17 |

Total to be paid for timely general unsecured claims: $ 13,647.12
Remaining balance: $ 4,465.02

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 4,465.02 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 4,465.02 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $43.31. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,421.71.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-84254-TML
Jonathan A Eitmontas                                            Chapter 7
Tracey L Eitmontas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: Aug 01, 2014
                              Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
db/jdb     +Jonathan A Eitmontas,   Tracey L Eitmontas,    15120 White School Rd,
             South Beloit, IL 61080-9423
17890927   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services,Inc.,   PO Box 183853,
             Arlington TX 76096)
17862878   +Americredit,   Po Box 181145,   Arlington, TX 76096-1145
17862880   +Associated Receivable,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
17862881   +Blatt, Hasenmiller, Leibsker & Moor,   211 Landmark Drive Suite E5,   Normal, IL 61761-6165
18311730    Capital One Bank (USA), N.A. by American InfoSourc,   PO Box 71083,   Charlotte, NC 28272-1083
17862882   +Capital One, N.a.,   PO Box 30285,   Salt Lake City, UT 84130-0285
17862884   +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
17862885   +Harvard Ccu,   1200 S Division St,   Harvard, IL 60033-8601
17862888   +Med-Health Financial Services, Inc,   Po Box 1996,   Milwaukee, WI 53201-1996
17862891   +State Collection Servi,   PO Box 6250,   Madison, WI 53716-0250
17862892   +West Asset,   2703 North Highway 75,   Sherman, TX 75090-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17862877    E-mail/Text: ebn@americollect.com Aug 02 2014 00:52:16     Americollect,   Po Box 1566,
             Manitowoc, WI 54221
17862879   +E-mail/Text: allenl@associatedcollectors.com Aug 02 2014 00:52:20     Assoc Coll,   Po Box 1039,
             Janesville, WI 53547-1039
17862883   +E-mail/Text: bknotice@erccollections.com Aug 02 2014 00:52:10     Enhanced Recovery Corp,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17862887   +E-mail/Text: bankruptcy@keyfinancial.us Aug 02 2014 00:51:39     Keyfinserv,   5315 Wall Street,
             Madison, WI 53718-7937
17862889   +E-mail/Text: bankruptcydpt@mcmcg.com Aug 02 2014 00:52:01     Midland Credit Management,
             8875 Aero Dr Suite 200,   San Diego, CA 92123-2255
17862890   +E-mail/Text: bankruptcy@thinkcash.com Aug 02 2014 00:51:11     Payday One,   PO Box 101808,
             Fort Worth, TX 76185-1808
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18142248*    +Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
17862886    ##+Julie Ann Eitmontas,   14223 Argyle Rd,   Caledonia, IL 61011-9732
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
              Dennis L Leahy    on behalf of Joint Debtor Tracey L Eitmontas attyleahy@yahoo.com
              Dennis L Leahy    on behalf of Debtor Jonathan A Eitmontas attyleahy@yahoo.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley   on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley   on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
              Tiffany  Rodriguez    on behalf of Trustee Stephen G Balsley trodriguez@bslbv.com
              Tiffany  Rodriguez    on behalf of Plaintiff Stephen G Balsley trodriguez@bslbv.com

```
District/off: 0752-3          User: cshabez              Page 2 of 2            Date Rcvd: Aug 01, 2014
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 8