# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: EITMONTAS, JONATHAN A | § | Case No. 11-84254 |
| EITMONTAS, TRACEY L | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $292,135.00 *(without deducting any secured claims)* | Assets Exempt: $43,390.00 |
| Total Distribution to Claimants: $13,690.43 | Claims Discharged Without Payment: $30,665.00 |
| Total Expenses of Administration: $18,424.16 | |

3) Total gross receipts of $ 44,564.63 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 12,450.04 (see **Exhibit 2**), yielded net receipts of $32,114.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $278,897.00 | $25,457.58 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,424.16 | 18,424.16 | 18,424.16 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,666.00 | 13,690.43 | 13,690.43 | 13,690.43 |
| **TOTAL DISBURSEMENTS** | $324,563.00 | $57,572.17 | $32,114.59 | $32,114.59 |

4)  This case was originally filed under Chapter 7 on September 30, 2011. The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/21/2014            By:  /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Costs of Probate Case pursuant to Final Report i | 1180-000 | 615.90 |
| Legal Fees (1/2) pursuant to Final Report in Sam | 1180-000 | 1,250.00 |
| 526 Glenview Rd, Williams Bay, WI, Owns 1/8 of p | 1110-000 | 40,167.49 |
| Home State Bank CD - Owned jointly with sister | 1229-000 | 2,531.24 |
| **TOTAL GROSS RECEIPTS** | | **$44,564.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EITMONTAS, JONATHAN A | Dividend paid 100.00% on $4,421.71; Claim# SURPLUS; Filed: $4,421.71; Reference: | 8200-002 | 4,421.71 |
| McHenry County Circuit Clerk | Unclaimed Funds representing shares of Karen Kummerow pursuant to Court Order entered August 21, 2014 in Samantha Kummerow-Held Probate Case No. 13PR275 | 8500-002 | 8,028.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,450.04** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Americredit Financial Services,Inc. | 4110-000 | 25,637.00 | 25,457.58 | 0.00 | 0.00 |
| NOTFILED | Gmac Mortgage | 4110-000 | 253,260.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$278,897.00** | **$25,457.58** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,774.87 | 3,774.87 | 3,774.87 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 8,841.00 | 8,841.00 | 8,841.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 11.00 | 11.00 | 11.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 149.08 | 149.08 | 149.08 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 75.00 | 75.00 | 75.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 6.50 | 6.50 | 6.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 331.00 | 331.00 | 331.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 11.00 | 11.00 | 11.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 267.40 | 267.40 | 267.40 |
| Chicago Title Company | 2500-000 | N/A | 119.74 | 119.74 | 119.74 |
| Chicago Title Company | 2500-000 | N/A | 128.63 | 128.63 | 128.63 |
| Chicago Title Company | 2500-000 | N/A | 84.38 | 84.38 | 84.38 |
| Chicago Title Company | 2500-000 | N/A | 22.50 | 22.50 | 22.50 |
| Chicago Title Company | 3510-000 | N/A | 1,223.44 | 1,223.44 | 1,223.44 |
| Chicago Title Company | 2500-000 | N/A | 673.67 | 673.67 | 673.67 |
| Chicago Title Company | 2500-000 | N/A | 21.21 | 21.21 | 21.21 |
| Chicago Title Company | 2500-000 | N/A | 18.75 | 18.75 | 18.75 |
| Rabobank, N.A. | 2600-000 | N/A | 36.05 | 36.05 | 36.05 |
| Rabobank, N.A. | 2600-000 | N/A | 82.53 | 82.53 | 82.53 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 39.60 | 39.60 | 39.60 |
| Murphy Desmond, S.C. | 3210-600 | N/A | 555.75 | 555.75 | 555.75 |
| Murphy Desmond, S.C. | 3220-610 | N/A | 3.20 | 3.20 | 3.20 |
| Rabobank, N.A. | 2600-000 | N/A | 45.70 | 45.70 | 45.70 |
| Rabobank, N.A. | 2600-000 | N/A | 43.74 | 43.74 | 43.74 |
| Rabobank, N.A. | 2600-000 | N/A | 39.63 | 39.63 | 39.63 |
| Rabobank, N.A. | 2600-000 | N/A | 38.25 | 38.25 | 38.25 |
| Rabobank, N.A. | 2600-000 | N/A | 36.85 | 36.85 | 36.85 |
| Rabobank, N.A. | 2600-000 | N/A | 43.41 | 43.41 | 43.41 |

| Rabobank, N.A. | 2600-000 | N/A | 40.72 | 40.72 | 40.72 |
| Rabobank, N.A. | 2600-000 | N/A | 36.72 | 36.72 | 36.72 |
| Rabobank, N.A. | 2600-000 | N/A | 37.98 | 37.98 | 37.98 |
| Rabobank, N.A. | 2600-000 | N/A | 41.86 | 41.86 | 41.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,424.16 | $18,424.16 | $18,424.16 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 7100-000 | 559.00 | 566.65 | 566.65 | 566.65 |
| 1I | Midland Credit Management, Inc. | 7990-000 | N/A | 1.80 | 1.80 | 1.80 |
| 3 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-000 | 5,962.00 | 4,899.41 | 4,899.41 | 4,899.41 |
| 3I | Capital One Bank (USA), N.A. by American InfoSourc | 7990-000 | N/A | 15.55 | 15.55 | 15.55 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-000 | 6,780.00 | 6,430.89 | 6,430.89 | 6,430.89 |
| 4I | Capital One Bank (USA), N.A. by American InfoSourc | 7990-000 | N/A | 20.41 | 20.41 | 20.41 |
| 5 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-000 | 1,700.00 | 1,750.17 | 1,750.17 | 1,750.17 |
| 5I | Capital One Bank (USA), N.A. by American InfoSourc | 7990-000 | N/A | 5.55 | 5.55 | 5.55 |
| NOTFILED | Associated Receivable | 7100-000 | 193.00 | N/A | N/A | 0.00 |
| NOTFILED | Assoc Coll | 7100-000 | 1,332.00 | N/A | N/A | 0.00 |

| NOTFILED | Americollect | 7100-000 | 444.00 | N/A | N/A | 0.00 |
| NOTFILED | Julie Ann Eitmontas | 7100-000 | 23,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Ccu | 7100-000 | 2,313.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 1,335.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Keyfinserv | 7100-000 | 188.00 | N/A | N/A | 0.00 |
| NOTFILED | Payday One | 7100-000 | 979.00 | N/A | N/A | 0.00 |
| NOTFILED | Med-Health Financial Services, Inc | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,666.00 | $13,690.43 | $13,690.43 | $13,690.43 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-84254 | **Trustee:** (330410)  STEPHEN G. BALSLEY |
| **Case Name:** EITMONTAS, JONATHAN A | **Filed (f) or Converted to (c):** 09/30/11 (f) |
| EITMONTAS, TRACEY L | **§341(a) Meeting Date:** 11/03/11 |
| **Period Ending:** 11/21/14 | **Claims Bar Date:** 02/29/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15120 White School Rd, South Beloit, IL | 260,000.00 | 0.00 | | 0.00 | FA |
| 2 | 526 Glenview Rd, Williams Bay, WI, Owns 1/8 of p<br>  Adversary Case No. 12-96096<br>  See Order to Sell Property entered 1/30/2013. | 37,500.00 | 15,000.00 | | 40,167.49 | FA |
| 3 | Cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 4 | Home State Bank checking | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Members Alliance Credit Union checking | 10.00 | 0.00 | | 0.00 | FA |
| 6 | Members Alliance Credit Union savings | 20.00 | 0.00 | | 0.00 | FA |
| 7 | Members Alliance Credit Union savings | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Members Alliance Credit Union savings | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Members Alliance Credit Union savings | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 GMC Yukon 55,000 miles | 26,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1989 Chevy ST 187,000 miles | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Computer | 400.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Polaris snowmobile | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | Home State Bank CD - Owned jointly with sister  (u)<br>  See Order for Turnover of Assets entered<br>December 5, 2012. | 5,000.00 | 2,500.00 | | 2,531.24 | FA |
| **18** | **Assets**  Totals (Excluding unknown values) | **$334,635.00** | **$17,500.00** | | **$42,698.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-84254 | **Trustee:** (330410)  STEPHEN G. BALSLEY |
| **Case Name:** EITMONTAS, JONATHAN A | **Filed (f) or Converted (c):** 09/30/11 (f) |
| EITMONTAS, TRACEY L | **§341(a) Meeting Date:** 11/03/11 |
| **Period Ending:** 11/21/14 | **Claims Bar Date:** 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012        **Current Projected Date Of Final Report (TFR):**    May 27, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-84254 |
| **Case Name:** | EITMONTAS, JONATHAN A |
| | EITMONTAS, TRACEY L |
| **Taxpayer ID #:** | **-***3844 |
| **Period Ending:** | 11/21/14 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2566 - Checking Account |
| **Blanket Bond:** | $598,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/13 | {18} | Tracey Eitmontas | Debtor's one-half interest in unscheduled asset | 1229-000 | 2,531.24 | | 2,531.24 |
| 04/10/13 | | Chicago Title Company | 1/8 Proceeds from Sale of Williams Bay, WI Real Estate | | 25,832.68 | | 28,363.92 |
| | {2} | | Purchase Price (1/8 interest)    28,125.00 | 1110-000 | | | 28,363.92 |
| | | | 1/8 Prorated taxes, association dues and closing fees    -119.74 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Chicago Title - Title Policy    -128.63 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Walworth County ROD Transfer Fee    -84.38 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Walworth County ROD Recording Fee    -22.50 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Geneva Lakefront Real Estate Commission    -1,223.44 | 3510-000 | | | 28,363.92 |
| | | | 1/8 Walworth County Treasurer - Delinquent Taxes    -673.67 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Village of Williams Bay - Final Water    -21.21 | 2500-000 | | | 28,363.92 |
| | | | 1/8 Reimburse Realtor for advance payment to Cedar Point Park HOA letter request    -18.75 | 2500-000 | | | 28,363.92 |
| 04/22/13 | {2} | Chicago Title Company | Proceeds for the 1/4 share as escrow agent for Karen Kummerow from sale of Williams Bay, WI real estate | 1110-000 | 27,200.88 | | 55,564.80 |
| 04/22/13 | 101 {2} | Karen L. Kummerow | 1/4 share proceeds from sale of 526 Glenview Road, Williams Bay, Wisconsin | 1110-000 | -27,200.88 | | 28,363.92 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.05 | 28,327.87 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.53 | 28,245.34 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-84254 | 2300-000 | | 39.60 | 28,205.74 |
| 06/26/13 | 103 | Murphy Desmond, S.C. | Payment for Legal Services Rendered by Special Counsel pursuant to Court Order entered 6/3/13; File #28636 130595 | | | 558.95 | 27,646.79 |
| | | | Order Granting Motion to    555.75 | 3210-600 | | | 27,646.79 |

| | Subtotals : | $28,363.92 | $717.13 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-84254 | |
| **Case Name:** EITMONTAS, JONATHAN A | |
| EITMONTAS, TRACEY L | |
| **Taxpayer ID #:** **-***3844 | |
| **Period Ending:** 11/21/14 | |

| | |
|---|---|
| **Trustee:** STEPHEN G. BALSLEY (330410) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******2566 - Checking Account | |
| **Blanket Bond:** $598,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Pay entered 6/3/13 | | | | |
| | | | Order Granting Motion to          3.20 | 3220-610 | | | 27,646.79 |
| | | | Pay entered 6/3/13 | | | | |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.70 | 27,601.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.74 | 27,557.35 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.63 | 27,517.72 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.25 | 27,479.47 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.69 | 27,430.78 |
| 11/13/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -48.69 | 27,479.47 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.85 | 27,442.62 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.41 | 27,399.21 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.72 | 27,358.49 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.72 | 27,321.77 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 27,283.79 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.86 | 27,241.93 |
| 05/05/14 | {2} | Jonathan Eitmontas Bankruptcy Estate | 1/6 share of Jonathan Eitmontas proceeds from real estate sale pursuant to Estate of Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | 4,014.16 | | 31,256.09 |
| 05/12/14 | | Jonathan Eitmontas Bankruptcy Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1180-000 | 1,250.00 | | 32,506.09 |
| 05/12/14 | | Jonathan Eitmontas Bankruptcy Estate | Costs of Probate Case pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1180-000 | 615.90 | | 33,121.99 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.33 | 33,056.66 |
| 06/02/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -65.33 | 33,121.99 |
| 08/25/14 | 104 | U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 32,828.99 |
| 08/25/14 | 105 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,774.87, Trustee Compensation;  Reference: | 2100-000 | | 3,774.87 | 29,054.12 |
| 08/25/14 | 106 | EITMONTAS, JONATHAN A | Dividend paid 100.00% on $4,421.71; Claim# SURPLUS; Filed: $4,421.71; Reference: | 8200-002 | | 4,421.71 | 24,632.41 |
| 08/25/14 | 107 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#BRO,BRO,BRO,BRO,BROet_al. | | | 10,941.98 | 13,690.43 |

| | Subtotals : | $5,880.06 | $19,836.42 |
|---|---|---|---|

{} Asset reference(s)

Printed: 11/21/2014 04:26 PM   V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 11-84254 | |
| **Case Name:** | EITMONTAS, JONATHAN A | |
| | EITMONTAS, TRACEY L | |
| **Taxpayer ID #:** | **-***3844 | |
| **Period Ending:** | 11/21/14 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2566 - Checking Account |
| **Blanket Bond:** | $598,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%           11.00<br>on $11.00;  Claim# ;<br>Filed: $11.00 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%            6.50<br>on $6.50;  Claim# BRO;<br>Filed: $6.50 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%           11.00<br>on $11.00;  Claim# BRO;<br>Filed: $11.00 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%          331.00<br>on $331.00;  Claim#<br>BRO; Filed: $331.00 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%          267.40<br>on $267.40;  Claim#<br>BRO; Filed: $267.40 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%          149.08<br>on $149.08;  Claim# ;<br>Filed: $149.08 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%           75.00<br>on $75.00;  Claim# ;<br>Filed: $75.00 | 3120-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%        8,841.00<br>on $8,841.00;  Claim# ;<br>Filed: $8,841.00 | 3110-000 | | | 13,690.43 |
| | | | Dividend paid 100.00%        1,250.00<br>on $1,250.00;  Claim#<br>BRO; Filed: $1,250.00 | 3110-000 | | | 13,690.43 |
| 08/25/14 | 108 | Capital One Bank (USA), N.A. by<br>American InfoSourc | Combined Check for Claims#3,4,5,3I,4I,5I | | | 13,121.98 | 568.45 |
| | | | Dividend paid 100.00%        4,899.41<br>on $4,899.41;  Claim# 3;<br>Filed: $4,899.41 | 7100-000 | | | 568.45 |
| | | | Dividend paid 100.00%        6,430.89<br>on $6,430.89;  Claim# 4;<br>Filed: $6,430.89 | 7100-000 | | | 568.45 |
| | | | Dividend paid 100.00%        1,750.17<br>on $1,750.17;  Claim# 5;<br>Filed: $1,750.17 | 7100-000 | | | 568.45 |
| | | | Dividend paid 100.00%           15.55 | 7990-000 | | | 568.45 |

| | | | | Subtotals : | $0.00 | $13,121.98 | |

{} Asset reference(s)

Printed: 11/21/2014 04:26 PM   V.13.15

Exhibit 9

# **Form 2**

Page: 4

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** 11-84254 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** EITMONTAS, JONATHAN A | **Bank Name:** Rabobank, N.A. |
| EITMONTAS, TRACEY L | **Account:** ******2566 - Checking Account |
| **Taxpayer ID #:** **-***3844 | **Blanket Bond:** $598,000.00  (per case limit) |
| **Period Ending:** 11/21/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $15.55;  Claim# 3I;<br>Filed: $15.55 | | | | |
| | | | Dividend paid 100.00%          20.41<br>on $20.41;  Claim# 4I;<br>Filed: $20.41 | 7990-000 | | | 568.45 |
| | | | Dividend paid 100.00%          5.55<br>on $5.55;  Claim# 5I;<br>Filed: $5.55 | 7990-000 | | | 568.45 |
| 08/25/14 | 109 | Midland Credit Management, Inc. | Combined Check for Claims#1,1I | | | 568.45 | 0.00 |
| | | | Dividend paid 100.00%          566.65<br>on $566.65;  Claim# 1;<br>Filed: $566.65 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          1.80<br>on $1.80;  Claim# 1I;<br>Filed: $1.80 | 7990-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 34,243.98 | 34,243.98 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 34,243.98 | 34,243.98 | |
| Less: Payments to Debtors | | 4,421.71 | |
| **NET Receipts / Disbursements** | **$34,243.98** | **$29,822.27** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-84254 |
| Case Name: | EITMONTAS, JONATHAN A |
| | EITMONTAS, TRACEY L |
| Taxpayer ID #: | **-***3844 |
| Period Ending: | 11/21/14 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******2567 - Checking Account - Escrow |
| Blanket Bond: | $598,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 11/21/2014 04:26 PM   V.13.15

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-84254 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** EITMONTAS, JONATHAN A | **Bank Name:** Rabobank, N.A. |
| EITMONTAS, TRACEY L | **Account:** ******2568 - Checking Account - Escrow |
| **Taxpayer ID #:** **-***3844 | **Blanket Bond:** $598,000.00 (per case limit) |
| **Period Ending:** 11/21/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/13 | {2} | Chicago Title Company | Proceeds for the 1/4 share to deceased owner, Samantha Kummerow-Held, held in escrow until Will is administered through probate | 1110-000 | 27,200.88 | | 27,200.88 |
| 05/01/14 | 101 {2} | Trustee Stephen G. Balsley on behalf of Jonathan Eitmontas B | 1/6 share on behalf of Jonathan Eitmontas, nephew, pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -4,014.16 | | 23,186.72 |
| 05/01/14 | 102 {2} | Trustee Stephen G. Balsley on behalf of Julie Eitmontas Bank | 1/6 share on behalf of Julie Eitmontas, niece, pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -4,014.16 | | 19,172.56 |
| 05/01/14 | 103 | Karen L. Kummerow | 1/3 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275<br>Stopped on 08/25/14 | 1110-000 | -8,028.33 | | 11,144.23 |
| 05/01/14 | 104 {2} | Walter C. Kummerow III | 1/9 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -2,676.11 | | 8,468.12 |
| 05/01/14 | 105 {2} | Chad W. Kummerow | 1/9 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -2,676.11 | | 5,792.01 |
| 05/01/14 | 106 {2} | Andrew J. Kummerow | 1/9 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -2,676.11 | | 3,115.90 |
| 05/09/14 | 107 {2} | Julie Eitmontas Bankrupcty Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -1,250.00 | | 1,865.90 |
| 05/09/14 | 108 {2} | Jonathan Eitmontas Bankruptcy Estate | Legal Fees (1/2) pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275 | 1110-000 | -1,250.00 | | 615.90 |
| 05/09/14 | 109 {2} | Jonathan Eitmontas Bankruptcy Estate | Costs of Probate Case pursuant to Final Report in Samantha Kummerow-Held Probate Case 13PR275 | 1110-000 | -615.90 | | 0.00 |
| 08/25/14 | 103 | Karen L. Kummerow | 1/3 share pursuant to Final Report in Samantha Kummerow-Held Probate Case No. 13PR275<br>Stopped: check issued on 05/01/14 | 1110-000 | 8,028.33 | | 8,028.33 |
| 08/25/14 | 110 | McHenry County Circuit Clerk | Unclaimed Funds representing shares of Karen Kummerow pursuant to Court Order entered August 21, 2014 in Samantha Kummerow-Held Probate Case No. 13PR275 | 8500-002 | | 8,028.33 | 0.00 |

Subtotals :          $8,028.33          $8,028.33

{} Asset reference(s)                                                                 Printed: 11/21/2014 04:26 PM    V.13.15

Exhibit 9

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 7

| Case Number: | 11-84254 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | EITMONTAS, JONATHAN A | | Bank Name: | Rabobank, N.A. |
| | EITMONTAS, TRACEY L | | Account: | ******2568 - Checking Account - Escrow |
| Taxpayer ID #: | **-***3844 | | Blanket Bond: | $598,000.00  (per case limit) |
| Period Ending: | 11/21/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 8,028.33 | 8,028.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,028.33 | 8,028.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,028.33 | $8,028.33 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2566 | 34,243.98 | 29,822.27 | 0.00 |
| Checking # ******2567 | 0.00 | 0.00 | 0.00 |
| Checking # ******2568 | 8,028.33 | 8,028.33 | 0.00 |
| | $42,272.31 | $37,850.60 | $0.00 |

{} Asset reference(s)